*Anna Mcariam Mrria* v. *Jacob Harsen et al.* W. S. JOHNSON, & GEO. WOOD, for appellant; J. W. GERARD, for respondents.— Appeal from a decree of the late vice chancellor of the first circuit. The chancellor came to the conclusion that the testator Jacob Harson was perfectly competent to make a will; and that his last will was duly executed. Decree appealed from affirmed,

with costs to be paid to the several respondents, or their solicitors or guardians ad litem, except as to defendants Fay and wife.